Jane Gordon
JANE GORDON LAW
1004 West Fort Street
Boise, ID 83702
jane@janegordonlaw.com
        *Attorney for Plaintiff*

Jill Gerdrum
Catherine Freeman
HALL & EVANS, LLC
Millennium Building
125 Bank Street, Suite 403
Missoula, MT 59802
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
gerdrumj@hallevans.com
freemanc@hallevans.com
        *Attorneys for Defendants Raymond Perales and*
        *Federal Express Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ALICIA CRISTAL MORALES SOLANO, | Case No. 1:24-cv-429 |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT FEDEX CORPORATE SERVICES, INC.** |
| RAYMOND PERALES and FEDERAL EXPRESS CORPORATION and FEDEX CORPORATE SERVICES, INC., | |
| Defendants. | |

COME NOW, Plaintiff Alicia Cristal Morales Solano and the only Defendants who have appeared in this case, Defendants Raymond Perales and Federal Express Corporation, (collectively,

STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT FEDEX CORPORATE SERVICES, INC. - 1

the "Parties") and pursuant to Rule 41(a)(2), Idaho R. Civ. P., hereby stipulate to the dismissal of all claims against Defendant FedEx Corporate Services, Inc. in this matter with prejudice, with each party to bear their own attorney's fees and costs. This stipulation is based upon the fact that FedEx Corporate Services, Inc. did not own or operate the vehicle that was involved in the collision with Plaintiff that is the subject of this lawsuit.

A proposed order is lodged simultaneously herewith.

DATED this 11th day of July, 2025.

/s/ Catherine Freeman
HALL & EVANS, LLC
*Attorneys for Defendants Raymond Perales and Federal Express Corporation*

DATED this 11th day of July, 2025.

/s/ Jane Gordon
JANE GORDON LAW
*Attorney for Plaintiff Alicia Cristal Morales Solano*

STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT FEDEX CORPORATE SERVICES, INC. - 2