**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ALICIA CRISTAL MORALES SOLANO, | Case No. 1:24-cv-429 |
| Plaintiff, | **ORDER DISMISSING CLAIMS AGAINST DEFENDANT FEDEX CORPORATE SERVICES, INC.** |
| v. | |
| RAYMOND PERALES and FEDERAL EXPRESS CORPORATION and FEDEX CORPORATE SERVICES, INC., | |
| Defendants. | |

Pursuant to the Stipulated Motion to Dismiss Claims Against Defendant FedEx Corporate Services, Inc. executed by Plaintiff Alicia Cristal Morales Solano and Defendants Raymond Perales and Federal Express Corporation, (collectively, the "Parties"), pursuant to Rule 41(a)(2), Idaho R. Civ. P., and good cause appearing therefore;

IT IS HEREBY ORDERED that all claims against Defendant FedEx Corporate Services, Inc. are dismissed from this matter with prejudice, with each party to bear their own costs. Plaintiff's claims against the remaining Defendants shall remain in full force and effect.

IT IS FURTHER ORDERED that the caption shall be hereinafter amended to exclude

ORDER DISMISSING CLAIMS AGAINST DEFENDANT FEDEX CORPORATE SERVICES, INC. - 1

Defendant FedEx Corporate Services, Inc. as a defendant in this action.

ORDERED this _____ day of _____, 2025.


By:    _____

Amanda K. Brailsford
U.S. District Court Judge