UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALICIA CRISTAL MORALES SOLANO,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND PERALES; FEDERAL EXPRESS CORPORATION; and FEDEX CORPORATE SERVICES, INC.,<br><br>    Defendants. | Case No. 1:24-cv-00429-AKB<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT FEDEX CORPORATE SERVICES, INC.** |

Pursuant to the Stipulated Motion to Dismiss Claims Against Defendant FedEx Corporate Services, Inc. (Dkt. 10) executed by Plaintiff Alicia Cristal Morales Solano and Defendants Raymond Perales and Federal Express Corporation (collectively, the "Parties"), pursuant to Rule 41(a)(2), Idaho R. Civ. P., and good cause appearing therefore;

IT IS HEREBY ORDERED that all claims against Defendant FedEx Corporate Services, Inc. are dismissed from this matter with prejudice, with each party to bear their own costs. Plaintiff's claims against the remaining Defendants shall remain in full force and effect.

IT IS FURTHER ORDERED that the caption shall be hereinafter amended to exclude Defendant FedEx Corporate Services, Inc. as a defendant in this action.

DATED: July 14, 2025

Amanda K. Brailsford
U.S. District Court Judge

**ORDER - 1**