Jane Gordon
JANE GORDON LAW
1004 West Fort Street
Boise, ID 83702
jane@janegordonlaw.com
        *Attorney for Plaintiff*

Jill Gerdrum
Catherine Freeman
HALL & EVANS, LLC
Millennium Building
125 Bank Street, Suite 403
Missoula, MT 59802
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
gerdrumj@hallevans.com
freemanc@hallevans.com
        *Attorneys for Defendants Raymond Perales and*
        *Federal Express Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO, SOUTHERN DIVISION

| | |
|---|---|
| ALICIA CRISTAL MORALES SOLANO, | Case No. 1:24-cv-429 |
| Plaintiff, | |
| v. | **JOINT MOTION TO AMEND DEADLINES** |
| RAYMOND PERALES and FEDERAL EXPRESS CORPORATION, | |
| Defendants. | |

The Parties, by and though counsel of record, and respectively submit this joint motion to amend the deadlines set forth in the Court's Amended Scheduling Order dated July 14, 2025 on the basis that Defendants require additional time to continue performing discovery into Plaintiff's third-party litigation funding and as both parties require additional time to disclose expert witnesses. Additionally, Plaintiff's counsel intends on withdrawing from this case so Plaintiff will benefit from pushing case deadlines out to accommodate her counsel's withdrawal. As such, the Parties request that

1

the deadlines in the current Amended Scheduling Order be extended by 180 days.

A proposed Order is attached hereto.

DATED this 27 day of February, 2026.

/s/ Jane Gordon
JANE GORDON LAW
*Attorneys for Plaintiff*

DATED this 27 day of February, 2026.

/s/ Catherine Freeman
HALL & EVANS, LLC
*Attorneys for Defendants Raymond Perales and*
*Federal Express Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ALICIA CRISTAL MORALES SOLANO, | Case No. 1:24-cv-429 |
| Plaintiff, | **ORDER** |
| v. | |
| RAYMOND PERALES and FEDERAL EXPRESS CORPORATION and FEDEX CORPORATE SERVICES, INC., | |
| Defendants. | |

Pursuant to the Joint Motion to Amend Deadlines, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Amended Scheduling Order dated July 14, 2025 is amended to the following:

1. Dispositive Motion Deadline: All dispositive motions and motions for punitive damages must be filed by **August 31, 2026**.

2. Alternative Dispute Resolution: The parties have chosen to participate in mediation and/or a settlement conference. ADR must be held by **July 27, 2026**. The parties must contact the Court to provide notice of whether mediation was successful.

3. Completion of Fact Discovery: All fact discovery must be completed by **August 10, 2026**.

1

This deadline is for the **completion** of all fact discovery; it is not a deadline for propounding discovery requests. Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date.

4.  <u>Disclosure of Experts</u>:

   a.  **Plaintiff** must disclose the experts intended to be called at trial on or before **June 10, 2026**.

   b.  **Defendant** must disclose the experts intended to be called at trial on or before **July 13, 2026**.

   c.  **Plaintiff's** rebuttal experts must be identified on or before **July 27, 2026**.

   d.  **ALL** discovery relevant to experts must be completed by **August 10, 2026.**

ORDERED this _____ day of _____, 2026.

By: _____
Amanda K. Brailsford
U.S. District Court Judge