UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALICIA CRISTAL MORALES SOLANO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAYMOND PERALES; FEDERAL EXPRESS CORPORATION; and FEDEX CORPORATE SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00429-AKB<br><br>**SECOND AMENDED SCHEDULING ORDER** |

Based upon the parties' Joint Motion to Amend Deadlines (Dkt. 15), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Scheduling Orders (Dkt. 9); (Dkt. 13) are amended as follows:

1.　**Dispositive Motion Deadline**:

　　a.　**All** dispositive motions and motions for punitive damages, must be filed by **August 31, 2026**.

2.　**Alternative Dispute Resolution**:

　　a.　ADR must be held by **July 27, 2026**.

3.　**Completion of Fact Discovery**: All fact discovery must be completed by **August 10, 2026**.

4.　**Disclosure of Experts**:

　　a.　**Plaintiffs** must disclose the experts intended to be called at trial on or before **June 10, 2026**.

SECOND AMENDED SCHEDULING ORDER – 1

b. **Defendants** must disclose the experts intended to be called at trial on or before **July 13, 2026**.

c. **Plaintiffs'** rebuttal experts must be identified on or before **July 27, 2026**.

d. **All** discovery relevant to experts must be completed by **August 10, 2026**.

DATED: March 03, 2026

Amanda K. Brailsford
U.S. District Court Judge

SECOND AMENDED SCHEDULING ORDER – 2